Eric J. Sinrod (SBN 122868)
Suzanne R. Fogarty (SBN 154319)
E.J. Kim (SBN 250062)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2200
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail: EJSinrod@DuaneMorris.com
SRFogarty@DuaneMorris.com

Attorneys for Defendants and Counter-Claimants, BILLING SOLUTIONS INCORPORATED, SEAN DUNLEA, TIM PORTLEY, DARIO J. SAAL, and SAAL CONSULTING INC.

Joshua A. Ridless (SBN 195413)
Eugene Y. Kim (SBN 253113)
**Ridless Law Office**
244 California Street, Suite 300
San Francisco, CA 94111
Telephone: 415.614.2600
Facsimile: 415.480.1398
E-Mail: jr@ridlesslaw.com
ekim@ridlesslaw.com

Attorneys for Plaintiff and Counter-Defendants, TELSWITCH, INC., AARON WOOLFSON, JERRY MERKT, and MERKT-WOOLFSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TELSWITCH, INC.,

Plaintiff,

v.

BILLING SOLUTIONS INCORPORATED, an Illinois corporation, SEAN DUNLEA, an individual, TIM PORTLEY, an individual, DARIO J. SAAL, an individual, SAAL CONSULTING INC., a Florida corporation and DOES ONE THROUGH TWENTY, inclusive,

Defendants.

---

BILLING SOLUTIONS INCORPORATED, an Illinois corporation, SEAN DUNLEA, an individual, and TIM PORTLEY, an individual,

Counter-claimants,

v.

TELSWITCH, INC., MERKT-WOOLFSON, AARON WOOLFSON, JERRY MERKT and ROES 1-50

Counter-defendants.

Case No. CV 12 0172 EMC (LB)

**STIPULATION REGARDING DATE FOR HEARING ON PARTIES' JOINT DISCOVERY LETTER**
ORDER

Date: August 23, 2012
Time: 11:00 a.m.
Dept: C – 15th Floor

WHEREAS, a hearing on the parties' joint discovery letter regarding Plaintiff's trade secret disclosure (Docket No. 41) has been set for August 23, 2012 at 11:00 A.M.;

WHEREAS, the Court has instructed that if the hearing date is not convenient for the parties, they may submit a stipulation for any other Thursday at 11:00 A.M.; and

WHEREAS, counsel for TelSwitch, Inc. will not be available for a hearing on August 23, 2012;

THEREFORE, the parties, by and through their counsel, hereby stipulate to scheduling the hearing on the parties' joint discovery letter regarding Plaintiff's trade secret disclosure for **Thursday, September 6, 2012 at ~~11:00 A.M.~~** 10:30 A.M. in Courtroom C, 15th Floor, San Francisco before Magistrate Judge Beeler. The parties respectfully ask the Court to vacate the hearing currently set for August 23, 2012 and reset it for the stipulated date and time.

IT IS HEREBY STIPULATED.

RIDLESS LAW OFFICE, P.C.

DATED: August 14, 2012

____/s/ Joshua A. Ridless___________________
Attorneys for Plaintiff and Counter-Defendants TELSWITCH, INC., MERKT-WOOLFSON, AARON WOOLFSON and JERRY MERKT

DUANE MORRIS LLP

DATED: August 14, 2012

_______/s/ Eric J. Sinrod______________
Attorneys for Defendants and Counter-Claimants BILLING SOLUTIONS INCORPORATED, SEAN DUNLEA, TIM PORTLEY, DARIO J. SAAL, and SAAL CONSULTING INC.,

The hearing is reset to September 6, 2012 at 10:30 A.M.

Date: August 28, 2012

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA APPROVED Judge Laurel Beeler