| | |
|---|---|
| Eric J. Sinrod (SBN 122868)<br>Suzanne R. Fogarty (SBN 154319)<br>**DUANE MORRIS LLP**<br>One Market, Spear Tower, Suite 2200<br>San Francisco, CA 94105-1104<br>Telephone: 415.957.3000<br>Facsimile: 415.957.3001<br>E-Mail:    EJSinrod@DuaneMorris.com<br>             SRFogarty@DuaneMorris.com | Joshua A. Ridless (SBN 195413)<br>Eugene Y. Kim (SBN 253113)<br>**Ridless Law Office**<br>244 California Street, Suite 300<br>San Francisco, CA  94111<br>Telephone: 415.614.2600<br>Facsimile:   415.480.1398<br>E-Mail:    jr@ridlesslaw.com<br>             ekim@ridlesslaw.com |
| Attorneys for Defendants and Counter-Claimants, BILLING SOLUTIONS INCORPORATED, SEAN DUNLEA, TIM PORTLEY, DARIO J. SAAL, and SAAL CONSULTING INC. | Attorneys for Plaintiff and Counter-Defendants, TELSWITCH, INC., AARON WOOLFSON, JERRY MERKT, and MERKT-WOOLFSON |

## UNITED STATE DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELSWITCH, INC.,<br><br>            Plaintiff,<br><br>v.<br><br>BILLING SOLUTIONS INCORPORATED, an Illinois corporation, SEAN DUNLEA, an individual, TIM PORTLEY, an individual, DARIO J. SAAL, an individual, SAAL CONSULTING INC., a Florida corporation and DOES ONE THROUGH TWENTY, inclusive,<br><br>            Defendants. | Case No. CV 12 0172 EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER**<br><br>DATE:    November 9, 2012<br>TIME:     10:30 A.M.<br>DEPT:     5 – 17th Floor<br><br>The Honorable Edward M. Chen |

WHEREAS, a Case Management Conference has been set for November 2, 2012 at 10:30 a.m.;

WHEREAS, counsel for Billing Solutions Incorporated is not available on November 2, 2012;

THEREFORE, the parties, by and through their counsel, hereby stipulate to schedule the Case Management Conference for Friday, November 9, 2012, at 10:30 a.m. in Courtroom 5, 17th Floor, San Francisco, CA before the Honorable Edward M. Chen.  The parties respectfully ask the

1

STIPULATION AND [PROPOSED] ORDER, CV 12 0172 EMC

Court to vacate the Case Management Conference currently set for November 2, 2012 and reset it for the stipulated date and time.

**IT IS HEREBY STIPULATED:**

Dated: September 10, 2012　　　　　　　　**DUANE MORRIS LLP**

　　　　　　　　　　　　　　　By:　/s/ Eric J. Sinrod
　　　　　　　　　　　　　　　　　Eric J. Sinrod
　　　　　　　　　　　　　　　　　Suzanne R. Fogarty
　　　　　　　　　　　　　　　　　Attorneys for Specially Appearing Defendants,
　　　　　　　　　　　　　　　　　BILLING SOLUTIONS INCORPORATED, SEAN
　　　　　　　　　　　　　　　　　DUNLEA, TIM PORTLEY, DARIO J. SAAL, and
　　　　　　　　　　　　　　　　　SAAL CONSULTING INC.

Dated: September 10, 2012　　　　　　　　**RIDLESS LAW OFFICE, P.C.**

　　　　　　　　　　　　　　　By:　/s/ Joshua A. Ridless
　　　　　　　　　　　　　　　　　Joshua A. Ridless
　　　　　　　　　　　　　　　　　Attorneys for Plaintiff,
　　　　　　　　　　　　　　　　　TELSWITCH, INC., MERKT-WOOLFSON, AARON
　　　　　　　　　　　　　　　　　WOOLFSON and JERRY MERKT

Attention: The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

**ORDER**

**SO ORDERED.**

Dated: September 13, 2012

IT IS SO ORDERED

Judge Edward M. Chen

DM1\3512648.1

2
STIPULATION AND [PROPOSED] ORDER, CV 12 0172 EMC