| | |
|---|---|
| Eric J. Sinrod (SBN 122868)<br>Suzanne R. Fogarty (SBN 154319)<br>**DUANE MORRIS LLP**<br>One Market, Spear Tower, Suite 2200<br>San Francisco, CA 94105-1104<br>Telephone: 415.957.3000<br>Facsimile:  415.957.3001<br>E-Mail:    EJSinrod@DuaneMorris.com<br>           SRFogarty@DuaneMorris.com | Joshua A. Ridless (SBN 195413)<br>Eugene Y. Kim (SBN 253113)<br>**Ridless Law Office**<br>244 California Street, Suite 300<br>San Francisco, CA  94111<br>Telephone: 415.614.2600<br>Facsimile:   415.480.1398<br>E-Mail:    jr@ridlesslaw.com<br>           ekim@ridlesslaw.com |

Attorneys for Defendants and Counter-Claimants, BILLING SOLUTIONS INCORPORATED, SEAN DUNLEA, TIM PORTLEY, DARIO J. SAAL, and SAAL CONSULTING INC.

Attorneys for Plaintiff and Counter-Defendants, TELSWITCH, INC., AARON WOOLFSON, JERRY MERKT, and MERKT-WOOLFSON

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELSWITCH, INC.,<br><br>           Plaintiff,<br><br>     v.<br><br>BILLING SOLUTIONS INCORPORATED, an Illinois corporation, SEAN DUNLEA, an individual, TIM PORTLEY, an individual, DARIO J. SAAL, an individual, SAAL CONSULTING INC., a Florida corporation and DOES ONE THROUGH TWENTY, inclusive,<br><br>           Defendants. | Case No. CV 12 0172 EMC<br><br>**JOINT STIPULATION RE BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF'S WITHDRAWAL OF  RULE 56(d) MOTION AND [PROPOSED] ORDER**<br><br>The Honorable Edward M. Chen |

WHEREAS, the parties have reached an agreement regarding a briefing schedule for Defendants' Motion for Summary Judgment and other issues as set forth in the Stipulation attached as Exhibit A to this Joint Stipulation.

TelSwitch, Inc. hereby withdraws its Motion For Denial Or Continuance of Defendant Billing Solutions' Motion for Summary Judgment (Doc. 63) as moot.

The parties respectfully ask the Court to reset the hearing on Defendants' Motion for

Summary Judgment for January 24, 2012 2013 at 1:30 and set the following briefing schedule as set forth in the attached stipulation:

Plaintiff's Opposition to BSI's MSJ due:  January 2, 2013

Defendants Reply brief due:  January 10, 2013

Hearing on BSI's MSJ:  January 24, 2013

**IT IS HEREBY STIPULATED:**


Dated:  November 28, 2012           **DUANE MORRIS LLP**


                               By:   /s/  Eric J. Sinrod
                                     Eric J. Sinrod
                                     Suzanne R. Fogarty
                                     Attorneys for Specially Appearing Defendants,
                                     BILLING SOLUTIONS INCORPORATED, SEAN
                                     DUNLEA, TIM PORTLEY, DARIO J. SAAL, and
                                     SAAL CONSULTING INC.


Dated:  November 28, 2012           **RIDLESS LAW OFFICE, P.C.**


                               By:   /s/  Joshua A. Ridless
                                     Joshua A. Ridless
                                     Attorneys for Plaintiff,
                                     TELSWITCH, INC., MERKT-WOOLFSON, AARON
                                     WOOLFSON and JERRY MERKT

Attention:  The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

**ORDER**

**SO ORDERED.**

Dated:  November 29, 2012

IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen
United States District Court

DM1\3621577.1