United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELSWITCH, INC., <br>     Plaintiff, <br>     v. <br> BILLING SOLUTIONS INCORPORATED, *et al.*, <br>     Defendants. <br> _____/ <br> BILLING SOLUTIONS INCORPORATED, *et al.*, <br>     Counter-claimants, <br>     v. <br> TELSWITCH, INC., <br>     Counter-defendants. <br> _____/ | No. C-12-0172 EMC <br><br> **ORDER GRANTING ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL** <br><br> **(Docket Nos. 54, 69)** |

    The Court, having considered Defendants Billing Solutions Incorporated, Sean Dunlea, Tim Portley, Dario J. Saal, and SAAL Consulting Inc.'s ("BSI") Administrative Motion for Leave to File Documents and Portions of Documents Under Seal Pursuant to L.R. 79-5(c) and 79-5(d) (Docket No. 54), as well as Plaintiff TelSwitch, Inc.'s Administrative Motion for Leave to File Documents and Portions of Documents Under Seal Pursuant to L.R. 79-5(c) and 79-5(d) (Docket No. 69), hereby **GRANTS** both motions and **ORDERS** that the following be filed under seal:

    (1) Exhibit B to the Declaration of Rajeev Surati;

    (2) Exhibits B1, B2, and B3 to the Declaration of Yaniv Schiff;

1  (3) Exhibit B to the Declaration of Joshua A. Ridless;

2  (4) Exhibits B and C to the Declaration of D. Kelly Daniels; and

3  (5) Exhibit O-8 to the Declaration of Aaron Woolfson.

4  Counsel for BSI is directed to electronically file under seal document 1 pursuant to General Order 62. Counsel for TelSwitch, Inc. is directed to electronically file under seal documents 2 through 5 pursuant to General Order 62. Counsel may obtain more information about electronically filing documents under seal via the Court website (www.cand.uscourts.gov) and also the Court's ECF website (https://ecf.cand.uscourts.gov/cand/index.html).

9  This order disposes of Docket Nos. 54 and 69.

11  IT IS SO ORDERED.

13  Dated: January 16, 2013

_____
EDWARD M. CHEN
United States District Judge

2