**In the United States District Court
for the Northern District of California
District Judge Edward M. Chen**

**CIVIL MINUTES**

| | |
|---|---|
| **Date:** | February 13, 2013 |
| **Case No. and Name:** | C12-0172 EMC Telswitch, Inc. v. Billing Solutions, et al. |
| **Deputy Clerk:** | Betty Lee |

**ORDER**

    IT IS HEREBY ORDERED that the Court hereby vacates its previously instituted deadline for completion of a settlement conference of February 25, 2013 and orders the parties to complete the settlement conference in this matter as soon as practicable, but no later than March 25, 2013.

cc: Magistrate Judge Westmore