United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TELSWITCH, INC.,** | **Case No.: 12-cv-0172 EMC (KAW)** |
| Plaintiff, | **ORDER PERMITTING TELEPHONIC APPEARANCE AT SETTLEMENT CONFERENCE** |
| vs. | |
| **BILLING SOLUTIONS, INC., et al.,** | |
| Defendants. | |

After considering Defendants' February 12, 2013 letter, the Court will allow Defendants to appear by telephone during the February 22, 2013 settlement conference. Plaintiff shall appear in person.

The parties' settlement conference statements are due on February 15, 2013.

IT IS SO ORDERED.

**DATE: February 14, 2013**

_____
**KANDIS A. WESTMORE**
**UNITED STATES MAGISTRATE JUDGE**