Eric J. Sinrod (SBN 122868)
Suzanne R. Fogarty (SBN 154319)
E.J. Kim (SBN 250062)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2200
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile:  415.957.3001
E-Mail:   EJSinrod@DuaneMorris.com
          SRFogarty@DuaneMorris.com
          EJKim@DuaneMorris.com

Attorneys for Defendants and Counter-Claimants, BILLING SOLUTIONS INCORPORATED, SEAN DUNLEA, TIM PORTLEY, DARIO J. SAAL, and SAAL CONSULTING INC.

Joshua A. Ridless (SBN 195413)
Eugene Y. Kim (SBN 253113)
**Ridless Law Office**
244 California Street, Suite 300
San Francisco, CA 94111
Telephone: 415.614.2600
Facsimile:  415.480.1398
E-Mail: jr@ridlesslaw.com
        ekim@ridlesslaw.com

Attorneys for Plaintiff and Counter-Defendants, TELSWITCH, INC., AARON WOOLFSON, JERRY MERKT, and MERKT-WOOLFSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELSWITCH, INC., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>BILLING SOLUTIONS INCORPORATED, an Illinois corporation, SEAN DUNLEA, an individual, TIM PORTLEY, an individual, DARIO J. SAAL, an individual, SAAL CONSULTING INC., a Florida corporation and DOES ONE THROUGH TWENTY, inclusive, <br><br>　　　　Defendants. <br><br>BILLING SOLUTIONS INCORPORATED, an Illinois corporation, SEAN DUNLEA, an individual, and TIM PORTLEY, an individual, <br><br>　　　　Counter-claimants, <br><br>　　v. <br><br>TELSWITCH, INC., MERKT-WOOLFSON, AARON WOOLFSON, JERRY MERKT and ROES 1-50 <br><br>　　　　Counter-defendants. | Case No. CV 12 0172 EMC <br><br> **JOINT CASE MANAGEMENT CONFERENCE STATEMENT** <br><br> Date:　　March 21, 2013 <br> Time:　　10:30 a.m. <br> Dept.:　　5 – 17th Floor <br><br> The Honorable Edward M. Chen |

Plaintiff and Counter-Defendant TelSwitch, Inc. ("TelSwitch") and Counter-Defendants Merkt-Woolfson, Aaron Woolfson and Jerry Merkt (collectively, "Plaintiff/Counter-Defendants") and Defendants Billings Solutions, Inc. ("BSI"), Sean Dunlea, Tim Portley, Dario Saal and Saal Consulting (collectively, "Defendants"), and Counter-Claimants BSI, Sean Dunlea, and Tim Portley (collectively, "Counter-Claimants) and collectively with Plaintiff/Counter-Defendants, the ("Parties") hereby submit this joint report.

## THE PARTIES' JOINT STATEMENT

The Parties are engaged in settlement negotiations and hope to have a settlement agreement finalized before the currently scheduled March 21, 2013 Case Management Conference. In light of these pending negotiations, the Parties jointly request that the Court continue the Case Management Conference for 30 days. The Parties also jointly request that the Court hold off on ruling on Defendants' Motion for Summary Judgment until the Parties provide a further report on the outcome of settlement negotiations.

RIDLESS LAW OFFICE

DATED: March 14, 2013          /s/ Joshua A. Ridless
                               Attorneys for Plaintiff and Counter-Defendants,
                               TELSWITCH, INC., MERKT-WOOLFSON,
                               AARON WOOLFSON and JERRY MERKT

DUANE MORRIS LLP

DATED: March 14, 2013          s/ Eric J. Sinrod
                               Attorneys for Defendants and Counter-Claimants,
                               BILLING SOLUTIONS INCORPORATED,
                               SEAN DUNLEA, TIM PORTLEY, DARIO J.
                               SAAL, and SAAL CONSULTING INC.

IT IS SO ORDERED that the Further CMC is reset to 4/25/13 at 10:30 a.m. An updated joint cmc statement shall be filed by 4/18/13.

_____
Edward M. Chen
U.S. District Judge

[STAMP: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]