| | |
|---|---|
| Eric J. Sinrod (SBN 122868)<br>Suzanne R. Fogarty (SBN 154319)<br>E.J. Kim (SBN 250062)<br>**DUANE MORRIS LLP**<br>One Market, Spear Tower, Suite 2200<br>San Francisco, CA 94105-1104<br>Telephone: 415.957.3000<br>Facsimile:  415.957.3001<br>E-Mail:   EJSinrod@DuaneMorris.com<br>          SRFogarty@DuaneMorris.com<br>          EJKim@DuaneMorris.com | Joshua A. Ridless (SBN 195413)<br>Eugene Y. Kim (SBN 253113)<br>**Ridless Law Office**<br>244 California Street, Suite 300<br>San Francisco, CA 94111<br>Telephone: 415.614.2600<br>Facsimile:  415.480.1398<br>E-Mail: jr@ridlesslaw.com<br>        ekim@ridlesslaw.com |
| Attorneys for Defendants and Counter-Claimants, BILLING SOLUTIONS INCORPORATED, SEAN DUNLEA, TIM PORTLEY, DARIO J. SAAL, and SAAL CONSULTING INC. | Attorneys for Plaintiff and Counter-Defendants, TELSWITCH, INC., AARON WOOLFSON, JERRY MERKT, and MERKT-WOOLFSON |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELSWITCH, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>BILLING SOLUTIONS INCORPORATED, an Illinois corporation, SEAN DUNLEA, an individual, TIM PORTLEY, an individual, DARIO J. SAAL, an individual, SAAL CONSULTING INC., a Florida corporation and DOES ONE THROUGH TWENTY, inclusive,<br><br>        Defendants.<br><br>BILLING SOLUTIONS INCORPORATED, an Illinois corporation, SEAN DUNLEA, an individual, and TIM PORTLEY, an individual,<br><br>        Counter-claimants,<br><br>    v.<br><br>TELSWITCH, INC., MERKT-WOOLFSON, AARON WOOLFSON, JERRY MERKT and ROES 1-50<br><br>        Counter-defendants. | Case No. CV 12 0172 EMC<br><br>**JOINT REQUEST FOR ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>The Honorable Edward M. Chen |

1

Plaintiff and Counter-Defendant TelSwitch, Inc. ("TelSwitch") and Counter-Defendants Merkt-Woolfson, Aaron Woolfson and Jerry Merkt (collectively, "Plaintiff/Counter-Defendants) and Defendants Billings Solutions, Inc. ("BSI"), Sean Dunlea, Tim Portley, Dario Saal and Saal Consulting (collectively, "Defendants"), and Counter-Claimants BSI, Sean Dunlea, and Tim Portley (collectively, "Counter-Claimants) and collectively with Plaintiff/Counter-Defendants, the ("Parties") hereby submit this joint request.

The Parties have entered into a confidential settlement agreement and now request that this Court dismiss the action, including all claims and counterclaims, with prejudice.

RIDLESS LAW OFFICE

DATED: March 21, 2013        /s/ Joshua A. Ridless
Attorneys for Plaintiff and Counter-Defendants,
TELSWITCH, INC., MERKT-WOOLFSON, AARON WOOLFSON and JERRY MERKT

DUANE MORRIS LLP

DATED: March 21, 2013        /s/ Eric J. Sinrod
Attorneys for Defendants and Counter-Claimants,
BILLING SOLUTIONS INCORPORATED, SEAN DUNLEA, TIM PORTLEY, DARIO J. SAAL, and SAAL CONSULTING INC.,

DATED: March _25_, 2013        **IT IS SO ORDERED.**



_____
Honorable Judge Edward M. Chen
United States District Judge